

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00724-CV

**IN THE INTEREST OF I.P., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02486
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The State's brief was due on March 12, 2018. *See* TEX. R. APP. P. 38.6(b). On the due date, the State filed a first motion for a ten-day extension of time to file the State's brief.

The State's motion is GRANTED. The State's brief is due on March 22, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court